UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
BRENDA DURAN O/B/O R.I.V.D.,

        Plaintiff,

                      Civil Action No. 5:13-cv-01541 MAT/ATB)

        v.

                      **CONSENT ORDER TO REMAND**
CAROLYN W. COLVIN,            **REMAND PURSUANT TO SENTENCE**
ACTING COMMISSIONER       **FOUR OF 42 U.S.C. § 405(g)**
OF SOCIAL SECURITY

              Defendant.
*******************************

      This matter having been opened to the Court by RICHARD S. HARTUNIAN, United

States Attorney for the Northern District of New York, and Sandra M. Grossfeld, Special Assistant

United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action

to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), and Plaintiff, through the

undersigned attorney, having consented to the within order and the requested remand, and the

Court having considered the matter,

IT IS on this  25th  day of August 2014;

      ORDERED that the final decision of the Commissioner be REVERSED and REMANDED

to the Defendant for further administrative proceedings pursuant to 42 U.S.C. § 405(g), sentence

four and that, upon remand, a de novo hearing shall be held.

      SO ORDERED:

                      *Andrew T. Baxter*
                      Hon. Andrew T. Baxter
                      Magistrate Judge, United States District Court
                      Dated: August 25, 2014

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By:     s/ Sandra M. Grossfeld
        Sandra M. Grossfeld
        Special Assistant U.S. Attorney
        Bar No. 514022
        c/o Social Security Administration
        Office of the General Counsel
        26 Federal Plaza, Rm. 3904
        New York, NY 10278


        /s/Kenneth R. Hiller
        Kenneth R. Hiller, Esq.
        Law Office of Kenneth R. Hiller
        *Attorneys for Plaintiff*
        6000 North Bailey Avenue, Suite 1A
        Amherst, New York 14226
        (716)564-3288
        Email: khiller@kennethhiller.com
        Bar No. 104248