# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Brenda Duran**
      Plaintiff

    v.                            **CASE NUMBER: 5:13-cv-1541 (MAD/ATB)**

**Carolyn W. Colvin**
      Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Commissioner be REVERSED and REMANDED to the Defendant for further administrative proceedings pursuant to 42 U.S.C § 405(g), sentence four and that, upon remand, a de novo hearing shall be held.

All of the above pursuant to the order of the Honorable Magistrate Judge Andrew T. Baxter, dated the 25th day of August, 2014.

DATED: August 25, 2014

_Lawrence K. Baerman_
Clerk of Court

s/ _____
     Michelle Coppola
     Deputy Clerk